# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       v.                               **APPEARANCE**

                                       CASE NO.3:02CR221(AWT)

WILLIAM VELAZQUEZ

*To the Clerk of this Court and all parties of record:*

       *Enter my Appearance as counsel in this case for:*

### **WILLIAM VELAZQUEZ**

*Date:  November 3, 2004*           */s/*_____
                                           *Signature*

*Bar No.: ct05100*                 *Thomas G. Dennis, Esq.*_____
                                           *Print Name*

                                      *OFFICE OF THE FEDERAL DEFENDER*_____
                                           *Firm Name*

                                      *10 Columbus BLVD, FL 6*_____
                                           *Address*

                                      *Hartford,*          *CT*       *06106-1976*_____
                                           *City*            *State*     *Zip Code*

                                      *(860) 493 6260*_____
                                           *Phone Number*

*I hereby certify that copies have been mailed to counsel of record as listed below, this date:*
*November 3, 2004*

*Raymond Miller, Asst. United States Attorney, United States Attorney's Office, 450 Main Street,*
*Hartford, CT 06103.*

                                      */s/*_____
                                           *Signature*