UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR221(AWT) |
| WILLIAM VELAZQUEZ | : | November 3, 2004 |

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant, William Velazquez, respectfully moves the Court to terminate his term of supervised release and discharge him from further supervision. In support of this motion, the defendant represents as follows.

(1)  On October 5, 2001 the defendant was sentenced in the Eastern District of New York, Korman, J. to a term of imprisonment of 18 months, to be followed by three years of supervised release, upon his conviction for importing "ecstasy" into the United States, in violation of 21 U.S.C. § 952(a) and 960(b)(3).

(2)  Defendant was discharged from custody and commenced serving his term of supervised release on or about March 29, 2002. Jurisdiction was transferred to the District of Connecticut on June 3, 2002.

(3)  Title 18, U.S.C. § 3583(e)(l) authorizes the Court to terminate supervised release at any time after the expiration of one year, if satisfied that such action is warranted by the conduct of the defendant and the interests of justice.

(4)  The defendant submits that he satisfies the criteria for early termination. He has fully complied with all conditions of supervised release including payment of his only financial requirement, the $100 special assessment. He is currently unemployed because of a disability and subsists on Social Security benefits. However, he participates in regular treatment and counseling sessions at Hartford Behavioral Health. He will continue with this program, which is paid for by the State, after termination of his supervised release. He has successfully re-integrated into society and poses no risk to the public safety in general or to any individual third party.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford CT   11/15/04